AO 442 (Rev. 11/11) Arrest Warrant

FIO# 11371743

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Andrew Galloway

Case No.

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Andrew Galloway,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 01/04/2022

G. Michael Harvey
2022.01.04 11:10:18 -05'00'
Issuing officer's signature

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 1/4/22, and the person was arrested on (date) 01/11/2022
at (city and state) Nashville, TN

Date: 1/11/22

O. Di[signature]
Arresting officer's signature

Angelo DeFeo Special Agent
Printed name and title